# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RUTHIE HULLETT, § | |
| § | |
| Plaintiff, § | Civil Action No. 4:22-cv-00651 |
| v.  § | Judge Mazzant/Judge Davis |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY, AS TRUSTEE, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 11, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #60) that Defendants Deutsche Bank National Trust Company and Select Portfolio Servicing's Motion for Summary Judgment (Dkt. #58) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #58) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Hullett's claims against Defendants Deutsche Bank National Trust Company and Select Portfolio Servicing are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.
SIGNED this 18th day of December, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE